UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 DEC 19 PM 3:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>ENRIQUE MERCADO-CUEN (02),<br><br>                Defendant. | CASE NO. 11CR4754-AJB<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    21:841(a)(1); 18:2 - Possession of Methamphetamine with Intent to

    Distribute; Aiding and Abetting (Felony)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/16/11

_____
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE